IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SHIRLENE G. PACE SMITH, | |
| Plaintiff, | 4:08CV3264 |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ORDER |
| Defendant. | |

This matter is before the court on plaintiff's motion for leave to proceed in forma pauperis. Filing No. 1. The court has reviewed the motion and finds it should be granted.

THEREFORE, IT IS ORDERED that plaintiff's motion to proceed in forma pauperis in this case, Filing No. 1, is granted.

DATED this 29th day of December, 2008.

BY THE COURT:


s/ Joseph F. Bataillon
Chief United States District Judge