IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SHIRLENE G. PACE SMITH, | ) | |
| Plaintiff, | ) | 4:08CV3264 |
| v. | ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) | ORDER |
| Defendant. | ) | |

This matter is before the court on defendant's unopposed motion to extend time to respond to plaintiff's brief until July 17, 2009. Filing No. 15. The court finds this motion should be granted.

THEREFORE, IT IS ORDERED that defendant's motion for extension of time to file a brief, Filing No. 15, is granted until July 17, 2009.

DATED this 19th day of June, 2009.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge